JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DIAS MUSSALIMOV,

Petitioner,

v.

TODD M. LYONS, ET AL.,

Respondents.

Case No. 5:26-cv-01012-SSS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DISMISSED as MOOT. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

DATED: September 25, 2026

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE